# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID LEE JONES, JR.**                                                         **PLAINTIFF**
**ADC #180443**

v.                      **Case No. 4:24-cv-00498-LPR-PSH**

**FREDDIE CHILDS, et al.**                                                  **DEFENDANTS**

## ORDER

On June 5, 2024, Plaintiff David Lee Jones, Jr., an inmate at the Arkansas Division of Correction's Cummins Unit, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On June 12, 2024, the Court entered an Order directing Plaintiff to, within thirty (30) days, either pay the $405.00 filing fee or file a properly completed motion to proceed *in forma pauperis*.[2] Plaintiff subsequently filed an amended complaint, a declaration, a motion for a temporary restraining order, and the required *attachments* to an IFP application—but not the IFP application itself.[3] On July 26, 2024, the Court entered an Order giving Plaintiff another 30 days in which to either file a completed IFP application or pay the filing and administrative fees.[4] The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed.[5] Plaintiff has not complied with or otherwise responded to the July 26, 2024 Order, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). Plaintiff's pending Motion for Temporary Restraining Order (Doc. 8) is

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3) at 2. The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *See* Docs. 6–9.

[4] Order (Doc. 10). The Order was entered by Judge Harris.

[5] *Id.*

DENIED as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 4th day of September 2024.

                                                  _____
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE